JACKIE LEE BIBBS

v.

KEVIN SMITH-Warden

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2023
CLERK, U.S. DISTRICT COURT
By_____MW_____
           Deputy

IN THE UNITED STATES DISTRIT COURT OF THE NORTHERN DISTRICT

7-23CV-096-O

## EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE SAID COURT:

Now comes Jackie L. Bibbs the movant in the above style who respectfully moves the honorable court with a preliminary injunction seeking to stop cruel and unusual punishment by the Head Warden of Allred Unit in Texas a facility which houses many elderly inmates and inmates with chronic medical conditions to unconstitutionally dangerous conditions.

On July 2023 the news network give out warning that this area (Iowa Park TX) is under heat advisory. Every day this has been the news. Today is Sept 07, 2023 with the same advisory.

Keith Cole of Wallace Pack Unit filed a law suit because inmates were exposed to extremely high temperatures during the summer months. In this suit Texas was in agreement with keeping the inmate out of harms way because of so many heat related deaths in the Texas prison. These agreements was keeping cold water available for the prisoners at all time and putting more fans in the dayrooms and if a prisoner feels overheated he would be allowed to go to a place where there is air-conditioning. These two Units are very different Pack Unit is a dormitory

facility versus Allred who houses 1,728 prisoners in cells. Those cells are known by Federal Courts as deathtraps because of the heat it can hold are very dangerous to one who is in one at the wrong hours of the day.

The Head Warden has called for a 30 day lockdown when there is a heat advisory in effect.

The temperatures inside these cells are known to be at a higher degree then what is the actual temperature is, Plus the fans that are in the cells are blowing hot air.

The Court wrote in Cole v Livingston, 2016 U.S. Dist Lexis 80345:

"The Supreme Court has stated that the Constitution does not mandate comfortable prisons' but neither does it permit inhumane ones. The Eighth Amendment imposes on prison officials the duty to provide humane conditions of confinement including adequate food, clothing, shelter and medical care.

To obtain a preliminary injuction the applicant must show (1) a substantial likelihood that he will prevail on the merits, (2) a substantial threat that he will suffer irreparable injury if the injuction is not granted (3) that his threatened injury outweighs the threatened harm to the party whom he seeks to enjoin and (4) that granting the preliminary injunction will not disserve the public interest.

1) The Fifth Circuit has order air conditioning for Texas Prisons, which held that no more injunction would be filed in the

2 of 4

future on this same matter. See <u>Yates v. Collier, 677 Fed. Appx. 915</u> Which in <u>Cole v. Collier, 2018 U.S. Dist. Lexis 97110</u> where a settlement for a class action suit pursuant to 42 U.S.C. § 1983, That the Americans with Disabilities Act and the Rehabitation Act to end TDCJ's policy and practice of exposing them to extreme unsafe heat. They allege that the extreme heat that they face each summer subjects them to a substantial risk of serious harm in violation of the Eighth Amendment and infringes on the rights of disabled prisoners to reasonable accommodations.

I have been diagnosed borderline diabetic and high blood pressure, I have psychiatric condition that I'm under Mental Health care, I must have daily access to shower from medical condition (colon) Not clean causes major problems.

I would be in this cell 24 hours a day for 30 days living in unhumane conditions of confinement. The agreement was to prevent heatstokes and other heat-related injuries.

If the court denys this injunction we all are subjects to non-compliance standards from the Americans with Disabilities Act and the Rehabitation Act. This would increase my risk to cancer and diabetes which all of this is hard on my bladder due to colon.

Bibbs is submitting this injunction because of the heat.

3 of 4

TDCJ in a settlement stated they would try to keep the heat at 88 degrees fahrenheit <u>Cole v. Collier, 2018 U.S. Dist Lexis 97110</u> Cold drinking water and a way to cool the body down if it gets overheated. (cold shower or A/C) The Warden here knew temperatures would get up to 100° for a seven day forecast, but the city is under heat advisory, and we been under heat advisory. A heat advisory means for one to stay cold and to watch himself because it is going to be hot all day long. And here the Warden started a 30 day lockdown to were the inside of a cell can reach up to 150° with a fan blowing out hot air.

## Prayer

Bibbs argument is the Unit does not need a lockdown during this time of the year because of the heat inside the cell one is surely to suffer. This Unit has had 3½ death in the last 7 days (because of the heat) that means this is real. Therefore, Bibbs prays for a 30 day temporary restraining order until the heat advisory is lefted.

Respectfully Requesting

Signed on the 08TH day of September 2023 _[signature]_

Dear Clerk,

Please submit this injunction before the honorable court.

Thank You

Jackie Lee Bibbs #1650103
Allred Unit
2101 FM 369 N.
Iowa Park, TX. 76367



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION